**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| **DAVID ROBERT HITTLE,** | **REPORT AND RECOMMENDATION** |
| **Plaintiff,** | |
| **vs.** | **Case No. 2:06-cv-00343-DB-PMW** |
| **OFFICE OF THE UTAH ATTORNEY GENERAL; UTAH ADULT PAROLE AND PROBATION; SOUTH SALT LAKE CITY POLICE DEPARTMENT,** | **Judge Dee Benson** |
| | **Magistrate Judge Paul M. Warner** |
| **Defendants.** | |

This matter was referred to Magistrate Judge Paul M. Warner by District Judge Dee Benson pursuant to 28 U.S.C. § 636(b)(1)(B).  On June 5, 2006, the court entered an order [docket no. 6] granting David Robert Hittle's ("Plaintiff") Motion for Official Service of Process, but requiring Plaintiff to submit to the court within fifteen days of the date of the order a listing of the names and addresses of persons upon whom service should be made to effect service in accordance with rule 4 of the Federal Rules of Civil Procedure.  In that order, the court noted that Plaintiff's failure to provide the court with adequate and correct address information in a timely manner could result in dismissal of his complaint in this case.

The fifteen-day period referenced in the court's June 5, 2006 order has expired, and the court has not received the required listing of names and addresses from Plaintiff.  Accordingly, it

is hereby RECOMMENDED that Plaintiff's complaint in this case be dismissed, without

prejudice.  Copies of the foregoing Report and Recommendation are being sent to all parties,

who are hereby notified of their right to object.  The parties must file any objection to the Report

and Recommendation within ten days after receiving it.  Failure to object may constitute waiver

of objections upon subsequent review.

DATED this 28th day of June, 2006.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge