IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| DAVID ROBERT HITTLE,<br><br>  Plaintiff,<br><br>vs.<br><br>OFFICE OF THE UTAH ATTORNEY GENERAL; UTAH ADULT PAROLE AND PROBATION; SOUTH SALT LAKE CITY POLICE DEPARTMENT,<br><br>  Defendants. | **ORDER**<br><br>Case No.: 2:06-CV-00343 DB |

The Court adopts Magistrate Judge Warner's Report and Recommendation for the reasons stated therein. The case is DISMISSED without prejudice.

**IT IS SO ORDERED**

DATED this 27TH day of July, 2006.

Dee Benson
United States District Judge